UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-00519-F

| | | |
|---|---|---|
| NOVARTIS VACCINES AND, DIAGNOSTICS, INC., <br> Plaintiff, <br><br> v. <br><br> HOFFMAN-LA ROCHE INC., <br> ROCHE LABORATORIES INC., <br> ROCHE COLORADO CORP., <br> TRIMERIS, INC. AND F. <br> HOFFMANN-LA ROCHE LTD. <br> Defendants. <br><br> HOFFMANN-LA ROCHE INC., AND <br> ROCHE LABORATORIES INC., <br> Counterclaim-Plaintiffs, <br> v. <br><br> NOVARTIS VACCINES AND <br> DIAGNOSTICS, INC., <br> Counterclaim-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |

The parties having stipulated that they have settled and compromised all matters in controversy against them and have filed their joint Stipulation of Dismissal [DE-142], it is ORDERED that this action hereby is DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this case and remove it from this court's docket.

SO ORDERED.

This the 28th day of September, 2010.

_James C. Fox_
James C. Fox
Senior United States District Judge